UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FIFTH DIVISION

---

Curtiss H. Borglund,

Plaintiff,

- vs -

Miller, Johnson & Kuehn, Inc.,

Defendant.

Case No: 00-1100 (JRT/RLE)

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER**

---

The parties hereto, by and through their respective attorneys of record, hereby stipulate that the claims of plaintiff against defendant in the above-entitled action may be and is hereby dismissed without prejudice and without costs or disbursements to any party.

The Clerk of Court is hereby authorized and directed to so dismiss said action of record against defendant.

Dated this 13th day of June, 2000.

By [signature]
Robert E. Mathias #68561
Attorney for plaintiff
724 East Superior Street
Duluth, Minnesota 55802
(218) 728-6496

By [signature]
Geoffrey P. Jarpe #49761
Attorney for defendant
2000 Midwest Plaza Bldg. West
Minneapolis, Minnesota 55402
(612) 904-7400

ORDER

Pursuant to the foregoing Stipulation and upon the parties' motion,

Original mailed back to Robert Mathias on 6-15-00 w/o cover letter.

FILED AUG 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

IT IS HEREBY ORDERED that the Court Administrator of the above-named court forthwith enter judgment dismissing the above-entitled action WITHOUT PREJUDICE, upon the merits and without costs or disbursements to any parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 24th day of August, 2000.

John R. Tunheim
United States District Judge

JUDGMENT

Pursuant to the foregoing Order for Entry of Judgment and Stipulation, and upon motion of the parties to said action,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same hereby is dismissed WITHOUT PREJUDICE on the merits and without costs or disbursements to either party.

Dated this _____ day of _____________, 2000.

BY THE COURT:

_________________________
Court Administrator